UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JAMES JEREMY BRISCOE, | ) | CASE NO. C09-1847-RSL-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | MINUTE ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

The following Minute Order is made by direction of the Court, the Honorable Mary Alice Theiler, United States Magistrate Judge:

The Court GRANTS plaintiff's motion to accept an untimely response. (Dkt. 13.) Petitioner has also filed a letter in which he asked the Clerk to return the originals of the documents that were filed with the Court on March 17, 2010.  (Dkt. 12.)  The Court DENIES this request.  Litigants are responsible for retaining copies of their own documents.  If petitioner seeks copies of his filed documents, he must send a new request to the Clerk that specifies exactly which documents he seeks along with payment in full at $0.10 per page.

DATED this 2nd day of April, 2010.

BRUCE RIFKIN, Clerk

By    s/ Gary W. Burnopp
         Deputy Clerk

MINUTE ORDER
PAGE -1