UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES JEREMY BRISCOE, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Respondent. | CASE NO.   C09-1847-RSL <br> (CR07-218-RSL) <br><br> ORDER OF DISMISSAL |

The Court, after careful consideration of petitioner's 28 U.S.C. § 2255 motion for writ of habeas corpus, the government's response, supplemental briefing on the question of equitable tolling, the Report and Recommendation of the Honorable Mary Alice Theiler, the governing authorities and the balance of the record, does hereby find and ORDER:

(1) The Report and Report is ADOPTED;

(2) Petitioner's § 2255 motion is DENIED as time-barred and this case is DISMISSED with prejudice;

(3) Petitioner is DENIED issuance of a certificate of appealability; and

(4) The Clerk is directed to send copies of this Order to the parties and to Judge

ORDER OF DISMISSAL
PAGE -1

01         Theiler.

02   DATED this 1st day of December, 2010.

04

05                               Robert S. Lasnik
                                  United States District Judge

ORDER OF DISMISSAL
PAGE -2